UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD L. THOMAS ) <br> 1925 D. St., NE ) <br> Washington, D.C. 20002 ) <br> ) <br>     Plaintiffs, ) <br>   v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> Department of Homeland Security ) <br> Washington, D.C. 20528 ) <br> ) <br> ) <br>     Defendants. ) <br> ) | Case No: 06-1862 (JDB) <br> ECF |

## PRAECIPE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

                                                Respectfully submitted,

                                                _____/S/_____
                                                ANDREA McBARNETTE, D.C. Bar # 483789
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 Fourth Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe has been served on this 30th day of November, 2006 plaintiff's attorney **James L. Kestell,** via Electronic Case Filing (ECF).

      /S/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153