IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD L THOMAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No.  06-1862 (JDB) |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant Michael Chertoff, Secretary of the United States Department of Homeland Security, by and through HIs undersigned counsel, hereby answers Plaintiff's Complaint as follows:

**FIRST DEFENSE**

Plaintiff has failed to state a claim upon which relief can be granted under Title VII of the Civil Rights Act of 1964 as amended.

**SECOND DEFENSE**

Plaintiff's administrative claims, or portions thereof regarding the matters alleged in the complaint were untimely filed with the Agency.

**THIRD DEFENSE**

In response to the individual numbered paragraphs of the Complaint, Defendant denies generally all averments except as expressly admitted below:

1.    Defendant admits that Plaintiff is an African American male who is employed with the

      Defendant. Defendant denies that the Plaintiff was reassigned due to race discrimination or that the Plaintiff lost more than $40,00 a year in lost overtime opportunities and shift premium payments. Defendant denies the remaining allegations in the paragraph.

2. Defendant admits the allegations in this paragraph.

3. Defendant admits venue is appropriate but denies that discrimination occurred.

4. Defendant denies that all allegations were timely filed.

## PARTIES

5. Defendant admits the allegations in this paragraph.

6. Defendant admits the allegations in this paragraph.

## FACTS

7. Defendant admits that the Plaintiff has worked for the Defendant or its predecessor since 1972. The Defendant can neither admit nor deny the remaining allegations in this paragraph due to insufficient information.

8. Defendant admits that in early 2004, Stephen Dade became District Director in the Central and Federal Triangle District within the District of Columbia. The Defendant has insufficient information to admit or deny whether Plaintiff was surprised by an email communication from Director Dade. Defendant admits that Plaintiff replied to Director Dade's email claiming that he did not know to what Director Dade's email referred. The Defendant has insufficient information to admit or deny the remainder of the allegations set forth in paragraph 8.

9. Defendant admits that Director Dade reassigned Plaintiff and Capt Simms to the Administrative, Training, Logistics and Planning Section in October of 2004. The Defendant admits that Director Dade indicated that the Plaintiff was having leadership

problems. The Defendant denies the remainder of the allegations set forth in paragraph 9.

10. Defendant admits that in January of 2005, Director Dade reassigned Plaintiff, plus two other employees, to the Suitland Mega-Center. The Defendant denies that the reassignment was involuntary or permanent and denies the remainder of the allegations set forth in paragraph 10.

11. Defendant admits that when Director Dade greeted the Plaintiff that Plaintiff did not return the greeting and that other officers and supervisors informed Director Dade that the Plaintiff was a poor leader and had poor inter-personal skills. The Defendant denies the remainder of the allegations set forth in paragraph 11.

12. Defendant denies the allegations in this paragraph.

## CLAIMS

13. Defendant denies the allegations in this paragraph.

## REQUEST FOR RELIEF

These paragraphs contain Plaintiff's requests for relief to which no answer is deemed necessary, but insofar as an answer is deemed necessary, defendant denies that Plaintiff is entitled to the relief requested herein or to any relief whatsoever. Defendant further avers that any award of compensatory damages would be subject to and limited by 42 U.S.C. § 1981a.

**DEMAND FOR JURY TRIAL**

Plaintiff's demand for trial by jury is a request to which no answer is deemed necessary.

Defendant specifically denies all of the allegations of the Complaint not herein before otherwise answered.

Dated: January 16, 2007          Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

OF COUNSEL
KATHARINE JOHNSON

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing ANSWER was filed via the Court's electronic filing system on this January 16, 2007 and is expected to be served by the Court's electronic transmission facilities to:

James L. Kestell
Michael P. Deeds
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912 (p)
(703) 237-4321 (f)

                                        /S/
                                 ANDREA McBARNETTE
                                 Assistant United States Attorney