UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD L. THOMAS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary,<br>United States Department of Homeland<br>Security,<br><br>    Defendant. | Civil Action No. 06-1862 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on February 21, 2007, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1. Fact discovery shall be completed by not later than July 16, 2007.

2. Plaintiff will serve any expert witness report upon defendant by not later than May 18, 2007. Defendant will serve any expert witness report upon plaintiff by not later than July 9, 2007.

3. Depositions of any experts will occur within 45 days from service of the respective expert report. Depositions of any experts will be completed by not later than September 1, 2007.

4. Dispositive motions shall be filed by not later than November 1, 2007. Responses thereto shall be filed by not later than November 21, 2007. Replies, if any, shall

   be filed by not later than December 5, 2007.

5. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

6. A status hearing is scheduled for July 18, 2007, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.


                /s/ John D. Bates
                JOHN D. BATES
              United States District Judge

Date: February 22, 2007