# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

REGINALD L. THOMAS,          )
                                     )
         Plaintiff         )
                                     )
                                     )    Civil Action No.  06-1862 (JDB)
        v.              )
                                     )
MICHAEL CHERTOFF, SECRETARY  )
UNITED STATES DEPARTMENT OF  )
HOMELAND SECURITY,         )
                                     )
        Defendant.      )
                                     )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney

Andrea McBarnette as counsel for Defendant in the above-captioned case.


                            /s/ Robin M. Meriweather

                            ROBIN M. MERIWEATHER, D.C. Bar # 490114
                            Assistant United States Attorney
                            555 4th St., N.W.
                            Washington, D.C. 20530
                            (202) 514-7198
                            Robin.Meriweather2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of March, 2007, I caused a copy of the

foregoing Notice of Substitution of Counsel to be served on Plaintiff via the Court's electronic

filing system or, should I receive notice from the Court's electronic filing system that electronic

service failed, by first class mail, postage prepaid, addressed to:


James L. Kestell
Michael P. Deeds
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912 (p)
(703) 237-4321 (f)




     /S/ Robin M. Meriweather

ROBIN M. MERIWEATHER, DC BAR # 490114
Assistant United States Attorney