UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REGINALD L. THOMAS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action No. 06-1862 (JDB) |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO ENLARGE DISCOVERY PERIOD**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Michael Chertoff, through undersigned counsel, respectfully moves the Court for a twenty-one day extension of the fact discovery deadline set forth in the Court's February 22, 2007 Scheduling Order (Dkt. Entry 6), making the new fact discovery deadline August 6, 2007. Discovery currently is scheduled to end July 16, 2007. Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion. The undersigned Assistant United States Attorney is in active discovery in two other Title VII cases this month. Although discovery in those cases should have been completed in May and June, 2007, due to unforeseen circumstances, the plaintiffs sought and obtained enlargements that have caused discovery to extend into July, 2007. In light of those conflicting discovery periods, Defendant respectfully requests that the fact discovery deadline in this action be extended by twenty-one days. The enlargement will allow counsel for Defendant to complete depositions in this action while

continuing to honor her commitments in other matters.

    Granting this enlargement should cause no prejudice. This is Defendant's first request for an enlargement of any deadline. A proposed order is submitted herewith.

Dated: July 6, 2007                      Respectfully submitted,

                                          /s/
                            JEFFREY A. TAYLOR, D.C. BAR #498610
                            United States Attorney

                                          /s/
                            RUDOLPH CONTRERAS, D.C. BAR #434122
                            Assistant United States Attorney

                                   /s/ Robin M. Meriweather
                            ROBIN M. MERIWEATHER, D.C. Bar # 490114
                            Assistant United States Attorney
                            555 4th St., N.W.
                            Washington, D.C. 20530
                            (202) 514-7198
                            Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2007, I caused a copy of the foregoing Notice of Substitution of Counsel to be served on Plaintiff via the Court's electronic filing system or, should I receive notice from the Court's electronic filing system that electronic service failed, by first class mail, postage prepaid, addressed to:

James L. Kestell
Michael P. Deeds
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912 (p)
(703) 237-4321 (f)

/S/ Robin M. Meriweather

ROBIN M. MERIWEATHER, DC BAR # 490114
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REGINALD L. THOMAS,            )<br>                                                  )<br>         Plaintiff                         )<br>                                                  )<br>                                                  )    Civil Action No.  06-1862 (JDB)<br>         v.                                    )<br>                                                  )<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY,        )<br>                                                  )<br>         Defendant.                    )<br>                                                  )<br>_____) | |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge Discovery Period it is, this

_____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that the fact discovery shall be completed by August 6, 2007.

SO ORDERED.

_____
United States District Judge