UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**REGINALD L. THOMAS**

   **Plaintiff,**

  **v.**          Civil Action No. 06-1862 (JDB)

**MICHAEL CHERTOFF, Secretary**
**DEPARTMENT OF HOMELAND**
**SECURITY**

   **Defendant.**

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Pursuant to the initial scheduling order in this case the court scheduled a status conference for July 18, 2007, which was to immediately follow the end of discovery. Inasmuch as discovery has now been extended in this case from July 16, 2007 until August 6, 2007, it no longer appears beneficial to have the status conference on July 18th, and the parties have no matters to bring to the court's attention on the 18th. Therefore, the parties have conferred and request that the status conference be continued to the week of August 6 or August 13, 2007. Defendant has consented to this motion. Plaintiff's counsel's only unavailable dates during those two weeks are August 9 and August 16. Defendant's counsel's only unavailable date is August 8.

Respectfully submitted,

FOR THE PLAINTIFF

/s/ Michael P. Deeds
Michael P. Deeds #466815
James L. Kestell #955310
KESTELL & ASSOCIATES
1012 14th Street,NW Ste 630
Washington, D.C. 20005
202 347-4481
fax 202 347-4482

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

REGINALD L. THOMAS

      Plaintiff,

      v.                                  Civil Action No. 06-1862 (JDB)

MICHAEL CHERTOFF, Secretary
DEPARTMENT OF HOMELAND
SECURITY

      Defendant.

_____

## **SCHEDULING ORDER**

      UPON CONSIDERATION OF the Consent Motion to Continue the July 18, 2007 status conference; the support thereof; and no opposition thereto;

      IT IS HEREBY ORDERED that the July 18, 2007 status conference in this case will be continued to August _____, 2007 at _____.

      SO ORDERED THIS _____ day of _____, 2007.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

cc:

    James L. Kestell
    Michael P. Deeds
    KESTELL & ASSOCIATES
    1012 14TH Street, NW, Suite 630
    Washington, D.C. 20005


    Robin Michelle Merriweather
    U.S. ATTORNEY'S OFFICE
    555 Fourth Street, NW
    Washington, DC 20530