UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REGINALD L. THOMAS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action No.  06-1862 (JDB) |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO ENLARGE DISCOVERY PERIOD**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Michael Chertoff, through undersigned counsel, respectfully moves the Court for a nineteen-day extension of the close of fact discovery, making the new close of discovery August 25, 2007.  Fact discovery currently is scheduled to end August 6, 2007.  Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion.  Defendant has made a good faith effort to conclude all depositions by the current fact discovery deadline, and has noticed depositions and served subpoenas upon third party witnesses for depositions within that time frame.  However, Plaintiff's primary care physician, who was identified in a response to Defendant's written discovery, will be unable to appear for a deposition before August 21, 2007, due to patient obligations and temporary staffing shortages in his office.  In addition, due to unanticipated conflicts, the deposition of Richard Simms, which was noticed for August 1, 2007, and the deposition of Plaintiff, which was noticed for August 6, 2007, will have to be rescheduled for a

later date.  Accordingly, Defendant requests that the fact discovery deadline be extended to August 25, 2007, for the limited purpose of completing depositions.

Defendant further requests that the Court postpone the status conference currently scheduled for August 14, 2007, which was to immediately follow discovery.  If fact discovery is extended through August 25, 2007, holding a conference on August 14, 2007 is not likely to be beneficial, as the parties have no discovery disputes or other matters to bring to the Court's attention on that date.  Accordingly, Defendant respectfully requests that the Court reschedule the status conference so that the parties may complete fact discovery before that conference occurs. Defendant is available to attend a status conference the week of August 27, September 3, or September 10, 2007, and is available any day during those weeks except August 29, September 7, September 10, and September 11, 2007.  Plaintiff has no conflicts during those weeks.

Defendant has sought one prior enlargement of the discovery period, which this Court granted.  Granting this enlargement should cause no prejudice.  A proposed order is submitted herewith.

Dated: August 1, 2007                    Respectfully submitted,


   /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



   /s/ Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 1st day of August, 2007, I caused a copy of the foregoing Motion to be served on Plaintiff via the Court's electronic filing system or, should I receive notice from the Court's electronic filing system that electronic service failed, by first class mail, postage prepaid, addressed to:

James L. Kestell
Michael P. Deeds
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912 (p)
(703) 237-4321 (f)


                                        /S/ Robin M. Meriweather

                                        ROBIN M. MERIWEATHER, DC BAR # 490114
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
REGINALD L. THOMAS,              )
                                 )
        Plaintiff                )
                                 )
                                 )   Civil Action No.  06-1862 (JDB)
        v.                       )
                                 )
MICHAEL CHERTOFF, SECRETARY      )
UNITED STATES DEPARTMENT OF      )
HOMELAND SECURITY,               )
                                 )
        Defendant.               )
                                 )
_____)

## ORDER

Upon consideration of Defendant's Motion to Enlarge Discovery Period it is, this

_____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that the fact discovery shall be completed by August 25, 2007;

it is further ORDERED that the status conference scheduled for August 14, 2007 shall be rescheduled for _____, 2007.

SO ORDERED.

_____
United States District Judge