**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REGINALD L. THOMAS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action No.  06-1862 (JDB) |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION FOR LEAVE TO DEPOSE PLAINTIFF OUTSIDE THE**
**DISCOVERY PERIOD OR, IN THE ALTERNATIVE, FOR A LIMITED**
**ENLARGEMENT OF THE DISCOVERY PERIOD**

Defendant Michael Chertoff, through undersigned counsel, respectfully moves the Court

for leave to conduct the deposition of Plaintiff Reginald Thomas outside the discovery period or,

in the alternative, for a limited enlargement of the discovery period.  Fact discovery currently is

scheduled to end August 25, 2007.  Pursuant to Local Rule 7(m), the undersigned conferred with

counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the

relief requested.

There is good cause to grant this motion.  Defendant has made a good faith effort to

conclude all depositions by the current fact discovery deadline, and has noticed and conducted

depositions within that time frame.  Defendant intended to depose Plaintiff August 22, 2007, and

noticed the deposition for that date.  However, counsel for Defendant was unable to depose

Plaintiff on August 22, 2007 due to her need for emergency dental treatment on August 22, 2007.

As August 22, 2007 was the only remaining date within the existing discovery period on which

Plaintiff, Plaintiff's counsel, and counsel for Defendant were available, the undersigned could not reschedule the deposition of Plaintiff to occur within the discovery period. Accordingly, Defendant requests leave to depose Plaintiff after the close of fact discovery, so that Plaintiff's deposition may be rescheduled for a date on which Plaintiff, Plaintiff's counsel, and counsel for Defendant are available.

In the alternative, Defendant requests that the Court extend the discovery period for twenty days, up to and including September 14, 2007, for the limited purpose of deposing Plaintiff. This enlargement would permit Defendant to reschedule the deposition of Plaintiff. Counsel for Defendant intends to schedule Plaintiff's deposition for the earliest date on which Plaintiff, Plaintiff's counsel, and counsel for Defendant are available.

The instant motion may affect the status conference currently scheduled for August 30, 2007. All but one deposition has been taken, and written discovery has been exchanged. Accordingly, Defendant respectfully submits that the parties have made sufficient progress on fact discovery to participate in a status conference on August 30, 2007. However, if the Court would prefer to defer the conference until all depositions have been taken, granting Defendant's motion would affect the timing of the August 30, 2007 status conference. If the Court chooses to reschedule the status conference, Defendant will be available to appear on any date in the first three weeks of September except September 7, September 10, and September 11, 2007.

Defendant has sought two prior enlargements of the discovery period, which this Court granted.  Granting this enlargement should cause no prejudice.  A proposed order is submitted herewith.

Dated: August 23, 2007                              Respectfully submitted,


                                                    _____/s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                                    United States Attorney


                                                    _____/s/ Rudolph Contreras_____
                                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                                    Assistant United States Attorney

                                                    _____/s/ Robin M. Meriweather_____
                                                    ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                                    Assistant United States Attorney
                                                    555 4th St., N.W.
                                                    Washington, D.C. 20530
                                                    (202) 514-7198
                                                    Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2007, I caused a copy of the

foregoing Motion to be served on Plaintiff via the Court's electronic filing system or, should I

receive notice from the Court's electronic filing system that electronic service failed, by first

class mail, postage prepaid, addressed to:


James L. Kestell
Michael P. Deeds
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912 (p)
(703) 237-4321 (f)




                                    /S/ Robin M. Meriweather

                                    ROBIN M. MERIWEATHER, DC BAR # 490114
                                    Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

REGINALD L. THOMAS,                    )
                                       )
          Plaintiff                    )
                                       )
                                       )     Civil Action No.  06-1862 (JDB)
     v.                                )
                                       )
MICHAEL CHERTOFF, SECRETARY            )
UNITED STATES DEPARTMENT OF            )
HOMELAND SECURITY,                     )
                                       )
          Defendant.                   )
                                       )
_____)

**ORDER**

Upon consideration of Defendant's Motion for Leave to Depose Plaintiff Outside the

Discovery Period Or, in the Alternative, for a Limited Enlargement of the Discovery Period, it is,

this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Leave to Depose Plaintiff Outside the Discovery

Period Or, in the Alternative, for a Limited Enlargement of the Discovery Period be, and hereby

is, GRANTED;

it is further ORDERED that:

_____    Defendant may conduct Plaintiff's deposition outside the discovery period.

_____    Fact discovery shall be extended to September 14, 2007 for the limited purpose of

deposing Plaintiff.

SO ORDERED.

_____
United States District Judge