UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
REGINALD L. THOMAS

       Plaintiff,

  v.                                Civil Action No. 06-1862 (JDB)

MICHAEL CHERTOFF, Secretary
DEPARTMENT OF HOMELAND
SECURITY

       Defendant.               August 28, 2007
_____

## NOTICE OF APPEARANCE

I hereby enter the following appearance on behalf of the Plaintiff, Reginald Thomas, in the above referenced matter:

    Jonathan L. Gould (D.C. Bar No. 491052)
    Kestell & Associates
    1012 14th Street, NW, Suite 630,
    Washington, DC 20005
    Tel: (202) 347-3889
    Fax: (202) 347-4482
    Email jgould@igc.org

                          Respectfully submitted,

                          /s/ Jonathan L. Gould_____

                          Jonathan L. Gould
                          (D.C. Bar No. 491052)
                          1012 14th Street, NW, Suite 630,
                          Washington, DC 20005
                          Tel: (202) 347-3889
                          Fax: (202) 347-4482
                          Email jgould@igc.org