UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD L. THOMAS,**<br><br>   Plaintiff,<br><br>   v.<br><br>**MICHAEL CHERTOFF, Secretary,**<br>United States Department of Homeland<br>Security,<br><br>   Defendant. | Civil Action No.  06-1862 (JDB) |

## ORDER

   Pursuant to the status conference held on this date and the agreement of the parties, it is hereby

   **ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days.

   **SO ORDERED**.


              /s/ John D. Bates
                JOHN D. BATES
          United States District Judge

Date:   August 30, 2007